

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00244-CV

**IN RE ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**, and William L. Magness,
Relators

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: July 7, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On June 15, 2021, Relators Electric Reliability Council of Texas, Inc. ("ERCOT") and

William L. "Bill" Magness filed a petition for writ of mandamus asking this court to direct the trial

court to vacate its order denying ERCOT's Plea to the Jurisdiction and Amended Motion to

Transfer and issue a new order granting the Plea to the Jurisdiction and Amended Motion to

Transfer Venue and dismissing real party in interest CPS Energy's claims for lack of jurisdiction,

or, alternatively, transferring the remaining claims, if any, to Travis County, Texas.  After

considering the petition and record, this court concludes that Relators are not entitled to the relief

sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-CI-04574, styled *CPS Energy v. Electric Reliability Council of Texas, Inc. and William L. Magness*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding.